## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEMETRIC HOOPER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-24-520-G |
| | ) |
| **OKLAHOMA COUNTY** | ) |
| **DETENTION CENTER,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On May 20, 2024, Plaintiff Demetric Hooper, filed this federal civil rights action. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin.

On June 28, 2024, Judge Erwin issued a Report and Recommendation (Doc. No. 7), in which he recommended the action be dismissed based upon Plaintiff's failure to comply with the Court's orders. In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by July 15, 2024. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.[1]

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 7th day of November, 2024.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The Court's mailings to Plaintiff at his last known address have been returned as undeliverable. It is Plaintiff's responsibility to keep the Court apprised of his current contact information. *See* LCvR 5.4.